UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAFAVIEH INTL LLC,

Plaintiff,

-v-

DONG HENG, et al.,

Defendants.

24cv3682 (DLC)

ORDER

DENISE COTE, District Judge:

On May 13, 2024, the plaintiff brought this action against the defendants for copyright infringement. An Order of May 20, 2024 scheduled an initial pretrial conference for July 19, 2024 at 11:00 a.m. in Courtroom 18B, 500 Pearl Street, New York, New York. In a letter of July 15, 2024, the plaintiff informed the Court that they have commenced service upon defendant Dong Heng using the address defendant provided to Amazon.com through the Chinese Ministry of Justice, and advised the Court that such a process may take "between 18 and 24 months."

Since then, the plaintiff has filed three status reports regarding its ongoing attempt to serve the defendant in China. In its most recent report of July 2, 2026, the plaintiff confirmed that it has not received any acknowledgement from the Chinese Ministry of Justice to date and requests the Court's leave to serve defendant "by email, through Defendant's Amazon

contact information, or any other electronic means of communication that may be available."

The Second Circuit recently held that "email service on . . . Chinese defendants is prohibited by the Hague Service Convention, and thus improper under [Federal Rule of Civil Procedure] 4(f)(3)." Smart Study Co., Ltd. v. Shenzhenshixindajiexieyouxiangongsi, 164 F.4th 164, 172 (2d Cir. 2025) (citation omitted). It also acknowledged, however, that the Hague Convention "does not apply" when, "as set forth in Article 1 of the Convention, the address of the person to be served with the document is not known" and, in those circumstances, alternative methods of service may be permitted if they are "reasonably calculated, under all the circumstances, to apprise the defendant of the pendency of the action." Id. at 168 (citation omitted). Accordingly, it is hereby

ORDERED that, in the event the plaintiff still wishes to request authorization to serve defendant Dong Heng via email, the plaintiff shall file, by **July 24, 2026**, a motion for alternative service and a supporting memorandum of law regarding its grounds to do so under the Hague Convention and/or the

Federal Rules of Civil Procedure.

Dated: New York, New York
July 13, 2026

DENISE COTE
United States District Judge