UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SAFAVIEH INTL LLC, Plaintiff, -v- DONG HENG, d/b/a XLHOMO, et al., Defendants. | : | 24cv3682 (DLC) ORDER |

DENISE COTE, District Judge:

On May 13, 2024, plaintiff Safavieh Int'l LLC brought this action against defendant Dong Heng for copyright infringement. The plaintiff commenced service upon the defendant on July 24, 2024, through the Chinese Ministry of Justice and advised the Court that such a process may take between 18 and 24 months. On July 24, 2026, the plaintiff moved the Court ex parte for an order authorizing alternative service via email. An August 13 Memorandum Opinion and Order denied the plaintiff's motion for alternative service via email. Accordingly, it is hereby

ORDERED that the plaintiff will provide the Court with a status update on the attempt to serve the defendant by **August 13, 2027.**

Dated: New York, New York
September 22, 2026

DENISE COTE
United States District Judge